**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph PRYSOCK, a/k/a JoJo,**
**Defendant–Appellant.**

**No. 12–6506.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 7, 2012.

Decided: July 13, 2012.

Joseph Prysock, Appellant Pro Se. Jimmie Ewing, Mark C. Moore, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before KING, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Prysock appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the

---

district court. *United States v. Prysock,* No. 1:06–cr–00676–MBS–1 (D.S.C. Feb. 17, 2012). We deny as unnecessary Prysock's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*